HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
KARA R. OTTERVANGER, CA Bar #354424
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ISAAC RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00174-KES-BAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| ISAAC RODRIGUEZ | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Eric Grant, Acting United States Attorney and Luke Baty, Assistant U.S. Attorney, and counsel for defendant Isaac Rodriguez, Assistant Federal Defender Kara R. Ottervanger, that the status conference set for November 12,  2025 at 1:00 pm before the Honorable Barbara A. McAuliffe be continued to February 11, 2026 at 1:00 p.m.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Mr. Rodriguez, by and through counsel of record, hereby stipulate as follows:

1. A complaint was filed against the defendant on August 12, 2025, and he had his initial appearance on August 15, 2025. At the detention hearing on August 21, 2025, the Court ordered defendant detained. On August 28, 2025, a grand jury filed an indictment, charging the

1

1  defendant with one count of violating 18 U.S.C. § 922(g)(1). The defendant had his initial
2  appearance on the indictment on August 29, 2025. Presently, a status conference is set for
3  November 12, 2025, with time excluded through that date.

4      2.    The government produced initial discovery on August 29, 2025.

5      3.    No plea offer has been extended by the government at this time.

6      4.    Defendant is currently housed at Lerdo Pretrial Facility, which has limited
7  availability for remote legal visits, and is approximately 100 miles away from counsel's Fresno
8  office. This, combined with the unusually high caseload due to the CJA panel's inability to accept
9  cases based on lack of funding, has caused delays in counsel's ability to review discovery with
10 defendant. This has been exacerbated by the pending federal government shutdown that is now in
11 its thirty-fifth day.

12     5.    The parties have met and conferred and agreed to advance the November 12, 2025,
13 status conference to February 11, 2026, to further provide defendant with reasonable time
14 necessary for effective preparation, so that he can review the discovery with counsel, for defendant
15 to determine whether there are any pre-trial motions that are appropriate, and for the parties to
16 consider a pre-trial resolution of the case.

17     6.    The parties agree that the interests of justice served by granting this continuance
18 outweigh the best interests of the public and the defendant in a speedy trial within the original date
19 prescribed by the Speedy Trial Act. The parties also agree that the period from November 12,
20 2025, through February 11, 2026, inclusive, should be excluded deemed excludable pursuant to
21 18 U.S.C.§ 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(iv).

22     7.    Nothing in this stipulation and order shall preclude a finding that other provisions
23 of the Speedy Trial Act dictate that additional time periods are excludable from the period within
24 which a trial must commence.

25 //
26 //
27 //
28 //

2

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: November 4, 2025 |  |
|  | ERIC GRANT<br>Acting United States Attorney |
|  | By  /s/ Luke Baty<br>LUKE BATY<br>Assistant United States Attorney |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated: November 4, 2025 | /s/ Kara R. Ottervanger<br>KARA R. OTTERVANGER<br>Assistant Federal Defender<br>Attorney for ISAAC RODRIGUEZ |

**ORDER**

IT IS SO ORDERED that the status conference is continued from November 12, 2025, to **February 11, 2026 at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **November 4, 2025**          /s/ Barbara A. McAuliffe
                        UNITED STATES MAGISTRATE JUDGE