HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
KARA R. OTTERVANGER, CA Bar #354424
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ISAAC RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00174-KES-EPG |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| ISAAC RODRIGUEZ | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Eric Grant, Acting United States Attorney and Luke Baty, Assistant U.S. Attorney, and counsel for defendant Isaac Rodriguez, Assistant Federal Defender Kara R. Ottervanger, that the status conference set for February 11, 2026 at 1:00 pm before the Honorable Erica P. Grosjean be continued to March 11, 2026 at 1:00 p.m.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Mr. Rodriguez, by and through counsel of record, hereby stipulate as follows:

1.    A complaint was filed against the defendant on August 12, 2025, and he had his initial appearance on August 15, 2025. At the detention hearing on August 21, 2025, the Court ordered defendant detained. On August 28, 2025, a grand jury filed an indictment, charging the defendant with one count of violating 18 U.S.C. § 922(g)(1). The defendant had his initial

1

appearance on the indictment on August 29, 2025.

2.      The government produced initial discovery on August 29, 2025.

3.      A status conference was set for November 12, 2025, but was extended through February 11, 2026, based in part on the government shut down, counsel's difficulties accessing Mr. Rodriguez, and to allow time for the defense to review discovery, consider pretrial motion practice, and determine how to resolve the case.

4.      A plea offer was extended by the government on January 22, 2026.

5.       The parties are actively engaged in plea negotiations and believe they can resolve the case without the need for a trial.

6.      The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act. The parties also agree that the period from February 11, 2026, through March 11, 2026, inclusive, should be excluded deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(iv).

7.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

Dated: February 3, 2026

ERIC GRANT
Acting United States Attorney

By      /s/ Luke Baty
LUKE BATY
Assistant United States Attorney

HEATHER E. WILLIAMS
Federal Defender

Dated: February 3, 2026           /s/ Kara R. Ottervanger
KARA R. OTTERVANGER
Assistant Federal Defender
Attorney for ISAAC RODRIGUEZ

2

## **FINDINGS AND ORDER**

IT IS SO ORDERED that the status conference is continued from February 11, 2026, to **March 11, 2026, at 1:00 p.m. in Courtroom 10 before Magistrate Judge Erica P. Grosjean**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) and 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **February 3, 2026**                     /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE