HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
KARA R. OTTERVANGER, CA Bar #354424
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ISAAC RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00174-KES-EPG |
| Plaintiff, | **[AMENDED] STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| ISAAC RODRIGUEZ | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Eric Grant, Acting United States Attorney and Luke Baty, Assistant U.S. Attorney, and counsel for defendant Isaac Rodriguez, Assistant Federal Defender Kara R. Ottervanger, that the status conference set for March 11, 2026 at 1:00 pm before the Honorable Erica P. Grosjean be continued to April 8, 2026 at 1:00 p.m. for the following reasons:

A plea offer was extended by the government on January 22, 2026. The parties have been actively engaged in plea negotiations and believe they have reached a resolution to the case without the need for a trial.

Due to Mr. Rodriguez being housed at the Lerdo facility in Bakersfield, counsel is not able to meet with him easily or regularly to review and sign the plea agreement. The parties are unsure if the agreement will be signed and filed by the scheduled status conference on March 11, 2026. Therefore, the parties respectfully request that the status conference be continued for three weeks

1

to April 8, 2026, to allow counsel time to review the final version of the plea with Mr. Rodriguez and get a signed version to the government for filing. The parties anticipate that the status conference date will ultimately be vacated and a change of plea date set in its place.

The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act. The parties also agree that the period from March 11, 2026, through April 8, 2026, inclusive, should be excluded deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(iv).

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

Dated: March 4, 2026

ERIC GRANT
Acting United States Attorney

By      /s/ Luke Baty
LUKE BATY
Assistant United States Attorney

HEATHER E. WILLIAMS
Federal Defender

Dated: March 4, 2026          /s/ Kara R. Ottervanger
KARA R. OTTERVANGER
Assistant Federal Defender
Attorney for ISAAC RODRIGUEZ

2

**FINDINGS AND ORDER**

IT IS SO ORDERED that the status conference is continued from March 11, 2026, to **April 8, 2026 at 1:00 p.m. in Courtroom 10 before Magistrate Judge Erica P. Grosjean**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: __**March 5, 2026**__          _/s/_ _Erica P. Grosjean_
                                        UNITED STATES MAGISTRATE JUDGE

3