HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
KARA R. OTTERVANGER, CA Bar #354424
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ISAAC RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISAAC RODRIGUEZ<br><br>Defendant. | Case No. 1:25-cr-00174-KES-EPG<br><br>**STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING** |

IT IS HEREBY STIPULATED by and between Eric Grant, Acting United States Attorney and Luke Baty, Assistant U.S. Attorney, and counsel for defendant Isaac Rodriguez, Assistant Federal Defender Kara R. Ottervanger, that the status conference set for April 8, 2026 at 1:00 pm before the Honorable Erica P. Grosjean be vacated for the following reasons:

The parties have reached a resolution to the case via written plea agreement. Accordingly, the parties are prepared to proceed to a change of plea hearing and respectfully request that same be set for April 20, 2026, at 9:30 a.m. before the Honorable Judge Kirk E. Sherriff.

The parties agree that the period from April 8, 2026, through April 20, 2026, inclusive, should be excluded deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(iv). Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Respectfully submitted,

1

Dated: April 1, 2026

ERIC GRANT
Acting United States Attorney

By      /s/ *Luke Baty*
LUKE BATY
Assistant United States Attorney

HEATHER E. WILLIAMS
Federal Defender

Dated: April 1, 2026                /s/ Kara R. Ottervanger
KARA R. OTTERVANGER
Assistant Federal Defender
Attorney for ISAAC RODRIGUEZ

## ORDER

IT IS SO ORDERED that the status conference set for April 8, 2026, is vacated. A change of plea hearing is set for **April 20, 2026, at 9:30 a.m. in Courtroom 6 before District Court Judge Kirk E. Sherriff**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **April 1, 2026**           /s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2