HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
KARA R. OTTERVANGER, CA Bar #354424
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ISAAC RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISAAC RODRIGUEZ<br><br>Defendant. | Case No. 1:25-cr-00174-KES-EPG<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER** |

IT IS HEREBY STIPULATED by and between Eric Grant, Acting United States Attorney and Luke Baty, Assistant U.S. Attorney, and counsel for defendant Isaac Rodriguez, Assistant Federal Defender Kara R. Ottervanger, that for the below-stated good cause, the sentencing hearing currently set for August 10, 2026, at 9:30 a.m. may be continued to August 31, 2026, at 9:30 am.

Mr. Rodriguez entered a plea of guilty to Count 1 of the indictment on April 20, 2026. *See* ECF # 26. At that time, sentencing was set for July 27, 2026. *Id.*[1]

The parties are in agreement to continue sentencing in this matter to August 31, 2026. Counsel for Mr. Rodriguez requires additional time for defense investigation to be sufficiently prepared for sentencing in this matter due to scheduling conflicts and deadlines in other matters.

[1] Due to the unavailability of the Court, with the consent of the parties, the sentencing was later rescheduled to August 10, 2026. *See* Dkt. # 27.

The requested continuance is made with the intention of conserving time and resources for both the parties and the Court and takes into consideration the availability of counsel and the need to be sufficiently prepared for sentencing. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

Dated: July 15, 2026

ERIC GRANT
Acting United States Attorney

By /s/ *Luke Baty*
LUKE BATY
Assistant United States Attorney

HEATHER E. WILLIAMS
Federal Defender

Dated: July 15, 2026

/s/ Kara R. Ottervanger
KARA R. OTTERVANGER
Assistant Federal Defender
Attorney for ISAAC RODRIGUEZ

**ORDER**

IT IS HEREBY ORDERED that the sentencing hearing scheduled for Monday, August 10, 2026, at 9:30 a.m. be continued to Monday, August 31, 2026 in Courtroom 6 at 9:30 a.m. before the District Judge Kirk E. Sherriff.

IT IS SO ORDERED.

Dated: July 16, 2026

UNITED STATES DISTRICT JUDGE